818

No. 915. UNITED STATES v. CAMPBELL. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher,* and *Messrs. J. Frank Staley, W. Clifton Stone,* and *Paul D. Miller* for the United States. *Mr. David F. Lee* for respondent.

No. 917. CHICAGO & NORTH WESTERN RY. CO. v. BOLLE. June 1, 1931. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, granted. *Messrs. Ray N. Van Doren* and *Samuel H. Cady* for petitioner. *Mr. Joseph D. Ryan* for respondent.

No. 740. WHITSON, ADMINISTRATOR, v. DELAWARE, LACKAWANNA & WESTERN R. Co. March 2, 1931. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James B. Sheean* for petitioner. No appearance for respondent.

No. 620. PARMAGINI v. UNITED STATES; and
No. 660. LEVIN v. SAME. March 2, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Louis Titus* and *Otto Christensen* for Parmagini. *Mr. Robert B. McMillan* for Levin. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.